UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATHAN FUCHS, individually and on behalf of all others similarly situated, *Plaintiffs*, v. SPECIALTYCARE, INC., *Defendant*. | Civ. Action No.: 3:23-cv-00892 Judge William L. Campbell, Jr. Magistrate Judge Barbara D. Holmes JURY DEMANDED |

**Joint Motion to Continue Trial and Stay Related Deadlines**

Pursuant to Judge Campbell's Practice and Procedure Manual Section III(B) and Local Rule 6.01, the parties jointly move to continue the trial date and stay related deadlines in light of (1) the Court's pending decision on the parties' cross-motions for summary judgment; (2) the anticipated close of a court-ordered notice period; and (3) conclusion of the parties' scheduled mediation.

Trial in this case is currently set to begin on January 27, 2026. (ECF No. 96.) The Pretrial Conference is scheduled for January 16, 2026, and the Court has set the following related deadlines: December 29, 2025 (parties to reduce any direct testimony of experts to writing and file/serve); January 5, 2026 (parties to exchange exhibits and deposition designations, file motions in limine and motions objecting to expert testimony); and January 12, 2026 (parties to file Joint Proposed Pretrial Order, jury instructions, witness lists, exhibit lists, any stipulations, responses to motions in limine and to expert objections). (*Id.*)

As of September 12, 2025, the parties' cross-motions for summary judgment were fully briefed and submitted to the Court. (*See* Reply Briefs, ECF Nos. 203, 204.) Those motions are

pending, as is Plaintiffs' fully-briefed motion for class notice to issue to the certified Rule 23 Class. (*See* Reply Br. ECF No. 214.)

Plaintiffs recently served Defendant with a class-wide settlement demand, and the parties have agreed to attend private mediation. That mediation is scheduled for January 9, 2026. The parties have agreed to file a status report with the Court on the outcome of mediation on or before January 16, 2026.

Given that the pending motions for summary judgment might narrow the issues for trial and the parties' scheduled mediation—which may resolve this matter entirely—there is good cause to continue the January 27, 2026 trial date and related deadlines. Accordingly, the parties jointly request that the Court continue the trial and stay the pretrial deadlines listed above until at least August 1, 2026. The parties anticipate that the rescheduled trial would take five (5) days.

Respectfully submitted,

Dated: December 4, 2025

Respectfully submitted,

*/s/Joshua R. O'Neill*
Anna P. Prakash, MN Bar No.0351362*
Joshua R. O'Neill, NY Bar No. 5914676*
**NICHOLS KASTER, PLLP**
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
aprakash@nka.com
joneill@nka.com

Bryce W. Ashby (TN Bar No. 026179)
**DONATI LAW, PLLC**
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
bryce@donatilaw.com

*/s/Courtney M. Witten*
Mark D. Temple, Texas Bar No. 00794727*
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
mtemple@bakerlaw.com

Courtney M. Witten, Colorado Bar No. 42786*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
cwitten@bakerlaw.com

Jeffrey R. Vlasek, Ohio Bar No. 82771*
**BAKER & HOSTETLER LLP**

Juno Turner*
David H. Seligman*
Rachel Dempsey*
**TOWARDS JUSTICE**
P.O. Box 371689, PMB 44465
Denver, CO 80237-5680
Telephone: (720) 441-2236
juno@towardsjustice.org
david@towardsjustice.org
rachel@towardsjustice.org

*Attorneys for Plaintiffs and the Class*

(*Admitted *Pro Hac Vice*)

127 Public Square, Suite 2000
Cleveland, OH 44114
jvlasek@bakerlaw.com

Thor Y. Urness (Tenn. BPR No. 013641)
Caroline D. Spore (Tenn. BPR No.036214)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-4714
turness@bradley.com
cspore@bradley.com

*Attorneys for Defendant SpecialtyCare, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically filed the foregoing Joint Motion to Continue Trial and Stay Related Deadlines with the Clerk of Court by using the CM/ECF system, which sent electronic notice of this filing to all counsel of record in this matter, as set forth below:

Thor Y. Urness (Tenn. BPR No. 013641)
Caroline D. Spore (Tenn. BPR No.036214)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1221 Broadway, Suite 2400
Nashville, TN 37203
turness@bradley.com
cspore@bradley.com

Mark D. Temple, Texas Bar No. 00794727
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, TX 77002
mtemple@bakerlaw.com

Courtney M. Witten, Colorado Bar No. 42786
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
cwitten@bakerlaw.com

Jeffrey R. Vlasek, Ohio Bar No. 82771
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
jvlasek@bakerlaw.com

*/s/ Joshua R. O'Neill*
Joshua R. O'Neill