# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NATHAN FUCHS, et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:23-cv-00892 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| SPECIALTYCARE, INC., | ) MAGISTRATE JUDGE HOLMES |
| Defendant. | ) |

## ORDER

Pending before the Court is the parties' Joint Motion to Continue Trial and Stay Related Deadlines. (Doc. No. 217). The parties state that they have agreed to attend private mediation on January 9, 2026, and to file s status report on the outcome of mediation by January 16, 2026. The parties also note that there are several pending motions, including cross motions for summary judgment and Plaintiffs' motion for class notice. The parties request the Court continue the trial currently scheduled for January 27, 2026, and stay the pretrial deadlines until at least August 1, 2026.

The Motion is **GRANTED IN PART** as follows:

1. The trial scheduled for January 27, 2026, the pretrial conference, and all deadlines associated with the January 27, 2026 trial date are **CONTINUED** to a date to be reset following mediation.

2. No later than January 16, 2026, the parties shall file a status update on the outcome of mediation. If the case is not resolved during mediation, the status update shall include at least three mutually available trial dates in July and August 2026.

3. To allow the parties to focus on the upcoming mediation, this case will be **ADMINISTRATIVELY CLOSED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE